# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLBANKS,<br><br>         Plaintiff,<br><br>   v.<br><br>PROGRESSIVE CHOICE INSURANCE COMPANY, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. 1:10-cv-01299-AWI-SMS<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER<br><br>(Doc. 20) |

On April 8, 2011, Defendant Progressive Choice Insurance Company moved for leave to file an amended answer (Doc. 20).  Plaintiff filed no opposition to Defendant's motion.  Having reviewed the record, applicable law, and Defendant's memorandum of points and authorities in support of its motion, this Court hereby GRANTS Defendant leave to file an amended answer in the form set forth in Document 20.

IT IS SO ORDERED.

**Dated:    May 12, 2011**                             /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE