Julia Azrael (Bar No. 109049)
Email: jazrael@azraellaw.net
John S. Curtis (Bar No. 50350)
Email: jcurtis@azraellaw.net
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047

Attorneys for Defendant
PROGRESSIVE CHOICE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLBANKS, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE CHOICE INSURANCE COMPANY; and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO. 10-CV-01299-AWI-SMS <br><br> [Complaint Filed:   May 5, 2010] <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** <br><br> Discovery Cutoff:  July 30, 2011 <br> Motion Cutoff:    October 31, 2011 <br> Trial Date:       April 24, 2012 |

The Court, having considered the Stipulation of Plaintiff and Defendant, hereby dismisses Case No. 10-CV-01299-AWI-SMS without prejudice in accordance with the terms of that stipulation.

IT IS SO ORDERED.

Dated:   November 6, 2011     _____
                              CHIEF UNITED STATES DISTRICT JUDGE